| | |
|---|---|
| 1 | Jon R. Morrone, WSBA No. 37871 |
| 2 | Tad Robinson O'Neill, WSBA No. 37153<br>Assistant Attorneys General |
| 3 | 800 Fifth Avenue, Ste. 2000<br>Seattle, WA  98164-1012 |
| 4 | (206) 464.7352 |
| 5 | |
| 6 | The Honorable Lonny R. Suko |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| 9 | GLENN ENGELS, | NO.  CV-11-3016-LRS |
| 10 | Plaintiff, | |
| 11 | v. | STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| 12 | CENTRAL WASHINGTON UNIVERSITY, | |
| 13 | Defendant. | **(Clerk's Action Required)** |
| 14 | CENTRAL WASHINGTON UNIVERSITY, | |
| 15 | | |
| 16 | Third-Party Plaintiff, | |
| 17 | v. | |
| 18 | GLENNA BAIN, | |
| 19 | CHRISTY CAMARATA,<br>AMANDA TRIGGS, | |
| 20 | SHEVONNE BALDWIN,<br>HANNAH KINSLEY, | |
| 21 | Third Party Defendants. | |
| 22 | | |

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
NO.  C11-03016

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Judgment Summary (RCW 4.64.030):

<u>Judgment Creditor(s)</u>:                Glenn Engels

<u>Judgment Creditor(s)' Attorney(s)</u>:   Lonnie Davis

<u>Judgment Debtor</u>:                     State of Washington

<u>Judgment Amount</u>:                     $16,500.00

<u>Pre-Judgment Interest</u>:               $N/A

<u>Post-Judgment Interest</u>:              $N/A

<u>Taxable Costs and Attorney Fees</u>:     $N/A

THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiff, Glenn Engels, acting by and through Lonnie Davis; and the Defendants, State of Washington, and its Department of Central Washington University, acting by and through Robert M. McKenna, Attorney General, Jon R. Morrone and Tad Robinson O'Neill, Assistant Attorneys General; and the Third Party Defendants, Glenna Bain, Christy Camarata, Shevonne Baldwin, Hanna Kinsley, and Amanda Triggs; having made a stipulation do dismiss this action in its entirety, without any admissions of liability, settling and compromising this action against all parties and allowing for dismissal of this action with prejudice against the Defendants and Third Party Defendants, and it appearing to the Court, after a review of the files and records herein and statements of counsel in open court, that the following is a proper and just settlement:

(a) Defendant Central Washington University shall pay the Plaintiff Glenn Engels, by way of his attorney, the sum of SIXTEEN THOUSAND FIVE HUNDRED and No/100 Dollars ($16,500.00); and

STIPULATED JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS
NO.  C11-03016

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

(b) Third Party Defendants shall write apology letters to all parties impacted by alleged actions contained in pleadings filed under the above referenced cause number and attend a meeting with the Washington State Antitrust Division at a date and time to be determined.

And the Court being fully advised, now, therefore, IT IS HEREBY ORDERED That the Plaintiff Glenn Engels shall have judgment against the Defendant State of Washington for the total sum of SIXTEEN THOUSAND FIVE HUNDRED and No/100 Dollars ($16,500.00), inclusive of attorney fees and costs. Additionally, any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, with exception to attorney fees and costs to be deducted by the Plaintiff's attorney from the total sum of SIXTEEN THOUSAND FIVE HUNDRED and No/100 Dollars ($16,500.00) discussed above, no party shall recover against any other party their respective fees, costs, nor interest herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims and causes of action against Central Washington University and the Third Party Defendants Glenna Bain, Christy Camarata, Amanda Triggs,

///
///
///
///
///

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
NO. C11-03016

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Shevonne Baldwin and Hannah Kinsley are dismissed with prejudice and without costs to any party.

The District Court Executive is directed to file this order, provide copies to counsel and CLOSE FILE.

DONE IN OPEN COURT this 22nd day of March, 2012.

*s/Lonny R. Suko*
_____
THE HONORABLE LONNY R. SUKO

Presented by:

ROBERT M. MCKENNA
Attorney General

_____
JON R. MORRONE, WSBA No. 37871
TAD ROBINSON O'NEILL,
WSBA No. 37153
Attorneys for Defendant

DATE: _____

STIPULATED JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS
NO. C11-03016

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Approved as to Form and
Notice of Presentation Waived:

| DISABILITIES LAW PROJECT | LAW OFFICES OF RICHARD T. COLE |

_____  _____
LONNIE DAVIS, WSBA No. 5091           RICHARD T. COLE
Attorney for Plaintiff                            WSBA No. 5072
                                                         Attorney for Defendant
DATE: _____         Shevonne Baldwin

                                                         Date: _____

SIGLE LAW PLLC                           MONTOYA HINCKLEY PLLC

_____  _____
DEVRA S. HERMOSILLA               KEVAN T. MONTOYA
WSBA No. 31169                             WSBA No. 19212
Attorney for Defendant Glenna Bain   Attorney for Defendant Christy Camarata

Date: _____               Date: _____

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
NO.  C11-03016

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| _____ | _____ |
| HANNA KINSLEY | AMANDA TRIGGS |
| Defendant | Defendant |
| An Solas, Lower Green Lane | 10712 Samish Island Road |
| Callan, CO Kilkenny | Bow, WA  98232 |
| Ireland | |
| Date: _____ | Date: _____ |

STIPULATED JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS
NO.  C11-03016

6

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352